In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00018-CV


 _____________________



MIKE GARNER, Appellant



V.



BRENT SCOTT, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 07-07-07739-CV







MEMORANDUM OPINION


 The appellant, Mike Garner, and the appellee, Brent Scott, filed a joint motion to
vacate the trial court's judgment and dismiss all claims with prejudice. The parties allege
they have reached a settlement agreement and ask the Court to vacate the judgment of the
trial court without regard to the merits. The motion is voluntarily made by the parties prior
to any decision of this Court. See Tex. R. App. P. 42.1(a)(2). No other party filed notice of
appeal. 

 The joint motion to dismiss is granted. Accordingly, we vacate the judgment of the
trial court and dismiss the entire case. Tex. R. App. P. 43.2(e). 

 JUDGMENT VACATED; CASE DISMISSED.

 

 DAVID GAULTNEY

 Justice


Opinion Delivered June 25, 2009


Before McKeithen, C.J., Gaultney and Horton, JJ.